JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop St., Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at __11__ o'clock and __15__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00105SOM-04 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION FOR |
| | ) | EARLY TERMINATION OF SUPERVISED |
| vs. | ) | RELEASE; DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| BRANDON GONZALES, | ) | |
| | ) | DATE: |
| Defendant. | ) | TIME: |
| | ) | JUDGE: |
| | ) | |

NOTICE OF MOTION

TO:   THOMAS BRADY, ESQ.
      Assistant United States Attorney
      300 Ala Moana Blvd., Room 6100
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, in his/her courtroom in the United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____

2006, at _____ .m., or as soon as counsel may be heard.