JEFFREY T. ARAKAKI 4093
ATTORNEY AT LAW
1188 Bishop St., Ste. 1604
Honolulu, Hawaii 96813
Telephone: 531-5517

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00105SOM-04 |
| | ) | |
| Plaintiff, | ) | MOTION FOR EARLY TERMINATION OF |
| vs. | ) | SUPERVISED RELEASE; DECLARATION |
| | ) | OF COUNSEL; CERTIFICATE OF SERVICE |
| BRANDON GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, BRANDON GONZALES, through court-appointed counsel, Jeffrey T. Arakaki, and moves this Honorable Court for an order allowing for the early termination of BRANDON GONZALES' sentence of a term of supervised release of 5 years.

This motion is based upon Rule 47 of the Federal Rules of Criminal Procedure and the Declaration of Counsel attached hereto and made pursuant to 18 U.S.C. 3583(e)(1)

which allows the Court to grant early termination of supervised release and discharge a defendant..

DATED: Honolulu, Hawaii, July 22, 2006..

_____
JEFFREY T. ARAKAKI
Attorney for Defendant