IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.   00-00105SOM-04 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| BRANDON GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

DECLARATION OF COUNSEL

JEFFREY T. ARAKAKI declares under penalty of law as follows:

1. Declarant is the court-appointed attorney representing defendant BRANDON GONZALES in the above-entitled matter.

2. That pursuant to the Judgment In A Criminal Case filed on January 25, 2002, BRANDON GONZALES was sentenced to a term of 170 months of incarceration and supervised release of 5 years in the instant case.

3. That BRANDON GONZALES completed his term of incarceration earning an early release for his good conduct while institutionalized.

4. That BRANDON GONZALES has completed over 3 years of his supervised

release and has been compliant and productive during that period. He is being monitored by the United States Probation Office in San Diego, California, where he currently resides.

5. He has been in a stable residence and gainfully employed during that period.

6. That San Diego probation officers Donna Deatrick and Kathleen Schwartze who monitored him can be contacted at (619) 557-5757..

7. For the reasons stated, we respectfully ask this Honorable Court to grant the instant motion and allow for the early termination of Supervised Release relative to the sentence of BRANDON GONZALES.

Declarant states under penalty of law that the foregoing is true and correct to the best of his knowledge and belief.

_____
JEFFREY T. ARAKAKI