CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served by hand delivery or mailed first class on _____, 2006.

THOMAS BRADY, ESQ.
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii 96850

Mr. Richard Crawford
Chief United States Probation Officer
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, _____, 2006.

_____
JEFFREY ARAKAKI