Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2006

at 3 o'clock and 05 min, P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                            Criminal No. CR 00-00105SOM-04

BRANDON GONZALES

On 10/24/2003, the above named was placed on supervised release for a period of 5 years years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 34 months of supervision.

Respectfully submitted,

_____
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 25th day of August, 2006.

_____
SUSAN OKI MOLLWAY
U.S. District Judge